UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELODY BIGLAY, ANGELICA ZUBIA, MELINDA SPAZIANO, AND ROMAN BIDDIX, the surviving children and successors in interest of Bonnie Lee, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>HACIENDA C.H., INC., NAHS SOUTHWEST, INC., NAHS HOLDING, INC., NAHS EMPLOYEE STOCK OWNERSHIP TRUST, and DOES 1-100,<br><br>Defendants. | Case No. 2:21-cv-05810 SVW(SPx)<br><br>[Removal from Superior Court of California, County of Los Angeles 21STCV20737]<br><br>**ORDER ON JOINT STIPULATION TO EXTEND TIME FOR INITIAL DISCLOSURES**<br><br>Action Filed:   June 3, 2021 |

Pursuant to the Stipulation between Defendants HACIENDA C.H., Inc. dba BROADWAY BY THE SEA; NAHS SOUTHWEST, INC.; and NAHS HOLDING, INC.; ("Defendants") and Plaintiffs, MELODY BIGLAY, ANGELICA ZUBIA, MELINDA SPAZIANO, AND ROMAN BIDDIX, the surviving children and successors in interest of Bonnie Lee, deceased ("Plaintiffs"), to continue the date for the Parties to exchange Initial Disclosures pursuant to Federal Rule of Civil Procedure ("FRCP") 26(a)(1), for 20 days following the Court's issuance of the ruling on Plaintiff's Motion to Remand, the Court hereby Orders as follows:

///

In the interests of judicial economy and to preserve the resources of the parties, the Initial Disclosures of all parties shall be due 20 days following the issuance of the ruling on Plaintiffs' Motion to Remand, which is set for hearing on September 20, 2021.

DATE: September 13, 2021

*[signature]*

_____
Hon. Stephen V. Wilson,
United States District Judge